### 5330.  JOHNSON v. CITY OF ATLANTA.

RUSSELL, C. J.  Where a petition for certiorari attacks the finding of a recorder of a municipal court upon the sole ground that it was without evidence to support it, and, on the hearing of the certiorari, the judgment of the recorder is approved by the judge of the superior court, and the record discloses that there was evidence to support the finding of the municipal court, the judgment overruling or dismissing the certiorari will not be disturbed.                    *Judgment affirmed.*

DECIDED JANUARY 20, 1914.

Certiorari; from Fulton superior court—Judge Bell.  August 17, 1913.

*Thomas E. Scott,* for plaintiff in error.

---

### 5333.  MARTIN v. PARHAM.

POTTLE, J.  1. Where a motion to set aside a judgment was filed by two persons, and in a bill of exceptions to the overruling of the motion one of the plaintiffs in error is named and the other is designated merely as "et al.," in the absence of a motion to amend the bill of exceptions the writ of error will be treated as having been sued out only by the plaintiff in error so named, and the designation of the other party as "et al." will be disregarded.

2. A judgment by default was rendered on a promissory note on May 8, 1913.  On June 5, 1913, a motion to set aside the judgment was filed by the defendants.  The motion alleged, in substance, that the movants employed an attorney at law to represent them, and that he agreed to file an answer and to defend the suit; that they delivered to this attorney papers relating to the case; and that he without cause failed to file a defense.  The motion set up that the movants had a good defense.  *Held,* that the overruling of the motion to set aside the judgment will not be reversed.  See *Morris* v. *Wofford,* 114 *Ga.* 935 (41 S. E. 56); *Moore* v. *Kelly & Jones Co.,* 109 *Ga.* 798 (35 S. E. 168); *Bently* v. *Finch,* 86 *Ga.* 810 (13 S. E. 155).  The neglect of the attorney was the neglect of the client, and furnished no reason for setting aside the judgment.

*Judgment affirmed.*

DECIDED JANUARY 20, 1914.

Motion to set aside judgment; from city court of Atlanta—Judge Reid.  September 20, 1913.

*Thomas E. Scott, Albert Kemper,* for plaintiff in error.
*George B. Rush,* contra.